# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TERESA PFAFFLE,<br><br>    Plaintiff,<br><br>v.<br><br>BNSF RAILWAY COMPANY,<br><br>    Defendant. | NO: 2:17-CV-0407-TOR<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS CERTAIN CLAIMS |

BEFORE THE COURT is the Parties' Joint Motion to Dismiss Certain Claims (ECF No. 54). The motion was submitted for consideration without oral argument. The Court has reviewed the briefing and the record and files herein and is fully informed.

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and the Parties' stipulation, (1) "[a]ny and all claims relating to alcohol consumption or alcoholism arising from an occupational injury and contained within Ms. Pfaffle's FELA

ORDER GRANTING STIPULATED MOTION TO DISMISS CERTAIN CLAIMS ~ 1

claim" and (2) "[a]ny and all claims relating to an injury occurring in 2016 while employed by BNSF Railway Company" are **dismissed without prejudice**.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

The Parties' Joint Motion to Dismiss Certain Claims (ECF No. 54) is **GRANTED**.

The District Court Executive is hereby directed to enter this Order and furnish copies to all counsel.

**DATED** September 4, 2019.

THOMAS O. RICE
Chief United States District Judge

ORDER GRANTING STIPULATED MOTION TO DISMISS CERTAIN CLAIMS ~ 2